UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARINA E. FLORES-GRGAS; MIKE GRGAS,<br><br>        Plaintiffs,<br><br>  -against-<br><br>NEW YORK CITY ADMINISTRATION FOR CHILDREN SERVICES; CATHOLIC GUARDIAN SERVICES,<br><br>        Defendants. | 21-CV-5912 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued August 9, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), and as barred under the *Rooker-Feldman* doctrine and domestic relations abstention doctrine.

  The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiffs may be asserting. 28 U.S.C. § 1367(c)(3).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiffs. Plaintiffs have consented to receive electronic service of notices and documents in this action. (ECF 4-6.)

SO ORDERED.

Dated: August 9, 2021
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge